**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**ANTHONY SAM LADD,**

 **Plaintiff,**

**v.**           **Case No. 3:26-cv-238-AW-ZCB**

**GENE MITCHELL, et al.,**

 **Defendants.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge issued a report and recommendation concluding the court should dismiss for lack of subject-matter jurisdiction. ECF No. 5. Plaintiff filed no objection. Having considered the matter, I now adopt the report and recommendation and incorporate it into this order. Plaintiff has not shown any basis for this court to exercise jurisdiction. Although Plaintiff used a § 1983 form, he made no effort to rely on § 1983 (or any other federal law) in his claims.

The clerk will enter a judgment that says, "This case is dismissed without prejudice based on a lack of subject-matter jurisdiction." The clerk will then close the file.

SO ORDERED on March 17, 2026.

        s/ *Allen Winsor*     
        Chief United States District Judge